UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                    Bankruptcy No. 10-19754-HRT
                                                          Chapter 7

ELIZABETH ANNE JOHNSON, XXX-XX-3544,
Debtor,

U.S. BANK, N.A.,
Movant,

ELIZABETH ANNE JOHNSON, XXX-XX-3544, and
Respondent.

---

### STIPULATION TO MODIFY AUTOMATIC STAY
### TO ALLOW PARTIES TO NEGOTIATE A LOAN MODIFICATION
### AND REQUEST FOR APPROVAL OF SAME

---

U.S. BANK, N.A., its predecessors, successors and assigns, ("Creditor"), through its attorneys, CASTLE MEINHOLD & STAWIARSKI, LLC; and the Debtor, through counsel; (the Parties), stipulate and agree as follows:

1. The Debtor is indebted to the Creditor pursuant to a Note and Deed of Trust for which the Creditor claims a valid lien or security interest in the following-described property (hereinafter "Property"):

    LOT 13, EXCEPT THE WEST 5 FEET THEREOF, HALLER SUBDIVISION, COUNTY OF JEFFERSON, STATE OF COLORADO.

Also known and numbered as: 6767 W 31st Avenue, Wheat Ridge, CO 80214

2. This lien or security interest arose from a Note and a Deed of Trust for the benefit of Colorado Mortgage Alliance, LLC. The Creditor is the current owner of this lien or security interest as evidenced by the Assignment of Deed of Trust.

3. Notice of this lien or security interest was given by recording said Deed of Trust in public record of Jefferson County, reflecting the first lien of the Creditor.

4. Enforcement of this lien or security interest has been stayed automatically by operation of 11 U.S.C. § 362 of the Bankruptcy Code.

5. The Parties request that the automatic stay be modified solely to allow the parties to negotiate a loan modification. If no loan modification is finalized after 90 days and/or the Debtor stops making payments under the trial or final loan modification, the Creditor may file a Verified Motion for Relief From Automatic Stay with this Court.

6. Additionally, if the Debtor does not qualify for a loan modification with Creditor, the Creditor may request that the automatic stay be lifted by filing a Verified Motion with the Court requesting the same.

7. This stipulation **does not** provide relief from the automatic stay to allow Creditor to pursue its state law rights, including foreclosure. The relief requested is solely to allow the parties to modify the terms of a debt secured by real property.

WHEREFORE, the Creditor respectfully requests that the Court approve this stipulation for modification of the automatic stay to allow the parties to negotiate a loan modification agreement.

DATED: July 2, 2010    CASTLE MEINHOLD & STAWIARSKI, LLC

Deanna L. Westfall, #23449
Britney Beall-Eder, #34935
Katharine E. Fisher #39230
Kimberly Martinez, #40351
Attorneys for Movant
999 18th Street, Suite 2201
Denver, CO 80202
303-865-1440
303-865-1410 (facsimile)
*BankruptcyDept@cmsatty.com*

Daniel J. Taylor, Esq.
Attorney for Debtor
59 Hillside Drive
Wheat Ridge, CO 80215
303-238-1228

File No. 09-28105R