UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

Bankruptcy No. 10-19754-HRT
Chapter 7

ELIZABETH ANNE JOHNSON, XXX-XX-3544,
Debtor,

U.S. BANK, N.A.,
Movant,

ELIZABETH ANNE JOHNSON, XXX-XX-3544, and
Respondent.

## ORDER STIPULATION TO MODIFY AUTOMATIC STAY TO ALLOW PARTIES TO NEGOTIATE A LOAN MODIFICATION AND REQUEST FOR APPROVAL OF SAME

This matter is before the Court on a stipulation for modification of the automatic stay to allow the Debtors and U.S. BANK, N.A., Creditor, to negotiate a loan modification agreement. The Court has reviewed the pleadings and found that good cause has been shown for modification of the automatic stay. Accordingly, the Court

ORDERS that the **STIPULATION TO MODIFY AUTOMATIC STAY TO ALLOW PARTIES TO NEGOTIATE A LOAN MODIFICATION AND REQUEST FOR APPROVAL OF SAME** is approved and made an Order of this Court.

Dated   July 6, 2010

BY THE COURT:

_Howard Tallman_
United States Bankruptcy Judge

File No. 09-28105R